UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, CDCR #AG-2394,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER O. NAVARRO, et al.,<br><br>Defendants. | Case No.: 18cv1318 DMS (RBM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND/OR INJUNCTIVE RELIEF** |

On June 18, 2018, Plaintiff Lance Williams, a state prisoner proceeding pro se, filed a Complaint Under the Civil Rights Act, 42 U.S.C. § 1983. Plaintiff alleges his constitutional rights were violated while he was housed at Richard J. Donovan Correctional Facility.

On June 21, 2019, Plaintiff filed the present motion for protective order and/or injunctive relief. At that time, no Defendant had been served with either the Summons and Complaint or the present motion. Since then, Plaintiff has effected service on some Defendants, but not all of them. Those that were served filed a motion to dismiss, which is currently pending before the Magistrate Judge. No Defendant has filed an opposition to the present motion.

On July 9, 2019, Magistrate Judge Ruth Bermudez Montenegro issued a Report and Recommendation ("R&R") on the present motion, recommending that it be denied. In the

meantime, Plaintiff filed an addendum to his motion. In response, the Magistrate Judge issued a Supplement to the R&R. No party has filed objections to the R&R or the Supplement, and the time for doing so has expired.

This Court, having reviewed de novo the Magistrate Judge's R&R and the Supplement thereto, adopts the R&R in its entirety and denies Plaintiff's motion for a protective order and/or injunctive relief.

**IT IS SO ORDERED**.

Dated: October 7, 2019

Hon. Dana M. Sabraw
United States District Judge