UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br>CDCR #AG-2394,<br><br>          Plaintiff,<br><br>v.<br><br>OFFICER O. NAVARRO,<br>N.A. GARSILASO, E. ESTRADA,<br>C. BAGNOL, F. LEWIS,<br>R. KATYALL, S. KRITTMAN, C.<br>TISCORNIA, et al.<br><br>          Defendants. | Case No.: 3:18-cv-01318-DMS-RBM<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO DEPOSE PLAINTIFF LANCE WILLIAMS, AN INCARCERATED PERSON**<br><br>[Doc. 88] |

  On January 8, 2021, Defendants Officer O. Navarro, et al. (collectively "Defendants") filed an ex parte application for leave to depose Plaintiff Lance Williams ("Plaintiff"), an incarcerated person ("Ex Parte Application"). (Doc. 88.) Defendants request to depose Plaintiff by remote means and video conference if they so choose. (*Id.* at 1.) Plaintiff is in the custody of the California Department of Corrections and Rehabilitation at Deuel Vocational Institution in Tracey, California. (*Id.* at 2.) Defendants intend to schedule the deposition upon reasonable notice to Plaintiff. (*Id.*) The Ex Parte Application is submitted under Federal Rule of Civil Procedure 30(a)(2)(B) and 30(b)(4),

which requires leave of court to depose a deponent confined in prison and to conduct a deposition by remote means. (*Id.* at 1.)

Good cause appearing, the Ex Parte Application is **GRANTED**. Defendants may depose Plaintiff by remote means and by video conference if they so choose. However, given the ongoing COVID-19 pandemic, Defendants may only depose Plaintiff in accordance with the Federal Rules of Civil Procedure and the guidelines, rules, and regulations of the institution where Plaintiff is held in custody.

**IT IS SO ORDERED.**

DATE: January 12, 2021

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE